216 So.2d 308

**STATE of Louisiana**

**v.**

**Norvell Richard BROWN.**

No. 49583.

Dec. 17, 1968.

In re: Norvell Richard Brown applying for writ of mandamus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

216 So.2d 308

**STATE of Louisiana**

**v.**

**William P. RYAN.**

No. 49586.

Dec. 18, 1968.

In re: William P. Ryan applying for writ of habeas corpus.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.